E-FILED
Wednesday, 10 October, 2018  09:19:00 AM
Clerk, U.S. District Court, ILCD

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS**
Urbana Division

**CATHERINE A. HELCK,**

     **Plaintiff,**

**v.**                                                          **Case No. 17-2130**

**PRESENCE HOSPITALS PRV,**

     **Defendant.**

### REPORT AND RECOMMENDATION

On June 7, 2017, Plaintiff filed her Complaint against Defendant. On June 26, 2018, counsel for Plaintiff filed a Motion for Leave to Withdraw as Attorney (#18). The Motion indicated that there had been an irreconcilable breakdown in communications between Plaintiff and her counsel. Specifically, the Motion indicated that Plaintiff has not returned telephone calls, responded to correspondence, or cooperated in responding to discovery requests propounded by Defendant. A response to this Motion was due on July 10, 2018. After no response was filed, the Court entered a Text Order on July 16, 2018, granting the Motion and informing Plaintiff that she should either seek new counsel by August 13, 2018, or be prepared to proceed *pro se*. A copy of the Text Order was mailed directly to Plaintiff at the address she had provided.

On August 16, 2018, three days after Plaintiff's deadline to secure counsel, the Court held a routine Status Conference. Plaintiff did not appear at this call despite the Court's attempts to contact her. The Court again mailed the minute entry for this Status Conference to Plaintiff at the address she had provided. The Court held another routine Status Conference on September 4, 2018, and Plaintiff again failed to appear. Accordingly, on September 4, 2018, the Court issued an Order to Show Cause (#49), directing Plaintiff to show cause as to why her case should not be dismissed, pursuant to Federal Rule of Civil Procedure 41(b), for failure to prosecute. Plaintiff was given until October 4, 2018, to respond to the Court's Order to Show Cause.

Federal Rule of Civil Procedure 41(b) provides that a court may dismiss a plaintiff's case if said plaintiff fails to prosecute the case or comply with the Federal Rules or a court order.

FED. R. CIV. P. 41(b); *Link v. Wabash R. Co.*, 370 U.S. 626, 630-31 (1962). To date, Plaintiff has failed to prosecute her case and failed to respond to the Court's Order to Show Cause (#19). Accordingly, the Court recommends that Plaintiff's case be DISMISSED for lack of prosecution pursuant to Federal Rule of Civil Procedure 41(b). The parties are advised that any objection to this recommendation must be filed in writing with the clerk within fourteen (14) days after being served with a copy of this Report and Recommendation. *See* 28 U.S.C. § 636(b)(1). Failure to object will constitute a waiver of objections on appeal. *Video Views, Inc. v. Studio 21, Ltd.*, 797 F.2d 538, 539 (7th Cir. 1986).

ENTERED this 10th day of October, 2018.

s/ ERIC I. LONG
UNITED STATES MAGISTRATE JUDGE