UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| **CATHERINE A. HELCK,** ) | |
| ) | |
| **Plaintiff,** ) | |
| v. ) | Case No. 17-CV-2130 |
| ) | |
| **PRESENCE HOSPITAL PRV,** ) | |
| ) | |
| **Defendant.** ) | |

## ORDER

A Report and Recommendations (#21) was filed by the Magistrate Judge in the above cause on October 10, 2018. More than fourteen (14) days have elapsed since the filing of the Recommendation and no objections have been made. See 28 U.S.C. § 636(b)(1). The Recommendation of the Magistrate Judge is, therefore, accepted by the court. See Video Views, Inc. v. Studio 21, Ltd, 797 F.2d 538 (7th Cir. 1986).

IT IS THEREFORE ORDERED THAT:

(1) The Report and Recommendation (#21) is accepted by this court.

(2) Plaintiff's case is DISMISSED for lack of prosecution pursuant to Federal Rule of Civil Procedure 41(b). The Motion to Compel (#20) is MOOT.

(3) This case is terminated.

ENTERED this 7th day of November, 2018.

s/ COLIN S. BRUCE
U.S. DISTRICT JUDGE